IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEK SERVICES INC. and
JAMES E. KUSTURIN JR.                                          PLAINTIFFS

v.                          No. 4:20-cv-836-DPM

SIMMONS BANK; CENTENNIAL
BANK; BANK OZK; ARVEST BANK;
FIRST WESTERN BANK; FIRST
SECURITY BANK; and DOES, ABC
Banks, 1–100                                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2021